UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-24469-CV-WILLIAMS

DOMINIQUE SIMON,

    Plaintiff,

v.

ROGER PIERRE,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Jonathan Goodman's Report and Recommendations (DE 14) ("**Report**") recommending *sua sponte* dismissal of Plaintiff Dominique Simon's First Amended Complaint ("**FAC**") (DE 12) without prejudice. In the Report, Judge Goodman recommends that the FAC be dismissed on shotgun pleading grounds. (DE 14 at 4.) Specifically, Judge Goodman finds that Plaintiff has: (1) failed to clearly identify each defendant to this lawsuit; (2) failed to identify which counts are asserted against which defendants; and (3) failed to incorporate any facts into any of his counts. (*Id.* at 5–7.) Ultimately, Judge Goodman recommends that the Court *sua sponte* dismiss the FAC without prejudice and with leave to amend conditioned upon the payment of the $405.00 filing fee. (*Id.* at 11.)

Plaintiff timely filed Objections to the Report. (DE 16.) "In order to challenge the findings and recommendations of the magistrate judge, a party must file written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort*

*v. Prem, Inc.*, 208 F. App'x 781, 783 (11th Cir. 2006) (cleaned up). Under the Southern District of Florida Local Rules, objections must also cite to the relevant supporting legal authority. S.D. Fla. Mag. J. R. 4(b). in his Objections, Plaintiff does not actually object to any portion of Judge Goodman's Report. Instead, Plaintiff restates allegations from the FAC and seeks leave to amend—relief which Judge Goodman explicitly recommended in his Report.

Upon a careful review of the Report, the Objections, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. Judge Goodman's Report (DE 14) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's First Amended Complaint (DE 12) is **DISMISSED WITHOUT PREJUDICE**.

3. If Plaintiff believes he can cure the deficiencies described in the Report, he must do so by: (1) paying the $405.00 filing fee; and (2) filing a second amended complaint <u>**on or before February 7, 2025**</u>. Failure to do so will result in dismissal of this action.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>22nd</u> day of January, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

**Copies Furnished To:**

**Dominique Simon**
13155 NE West Dixie Hwy
North Miami, FL 33161
Email: dsimon107@yahoo.com